# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-24-00773-CV

**Nathanael Jack, Appellant**

**v.**

**MFT - Creekside Vue, LLC, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the final judgment signed by the trial court on November 20, 2024. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.